ST. NICHOLAS AVENUE PRESBYTERIAN CHURCH, Respondent, v. BEAVER ENGINEERING AND CONTRACTING COMPANY, Appellant, Impleaded with Others.— *Judgment affirmed, with costs. No opinion. Present* — Clarke, P. ° J., Dowling, Page, Merrell and Greenbaum, JJ.

SAM ZWEIFLER, Respondent, v. PUBLIC BANK OF NEW YORK CITY, Now Known as PUBLIC NATIONAL BANK, Appellant.— *Determination affirmed, with costs. No opinion. Present* — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

JACOB BRAND and Another, Copartners, etc., Respondents, v. JACOB M. POSTMAN, Appellant.— *Judgment and order affirmed, with costs. No opinion. Present* — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

MAE A. STEPHENS, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— *Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $1,630.79; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present* — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

A. ALBERT COHEN and Others, Respondents, v. JACOB EPSTEIN, Appellant.— *Judgment and order affirmed, with costs. No opinion. Present* — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

In the Matter of the Transfer Tax upon the Estate of MICHAEL DUFF, Deceased. CLEMENTINE FARR DUFF, as Executrix, etc., of JOHN J. DUFF, Deceased, Appellant; EUGENE M. TRAVIS, State Comptroller, Respondent. — *Order affirmed, with ten dollars costs and disbursements, on opinion of Foley, S.* [Reported in 114 Misc. Rep. 309.] *Present* — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

ANTONIO CUOMO, Appellant, v. GIOVANNI LORDI and ROSE LORDI, Respondents.— *Judgment affirmed, with costs. No opinion. Present* — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

WILLIAM R. CRAIG, Respondent, v. WILLIAM P. JENKS, Appellant.— *Judgment affirmed, with costs. No opinion. Present* — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RAY ABRAMOWITZ and Another, as Administrators, etc., Appellants, v. LINDLEY M. GARRISON, as Receiver of the CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Respondent.— *Judgment and order affirmed, with costs. No opinion. Present* — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

OSCAR G. THOMPSON, Respondent, v. THOMAS R. HEYWARD, JR., Appellant.— *Order affirmed, with ten dollars costs and disbursements. No opinion. Present* — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.